CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
August 05, 2026

LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
      DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No.** 3:26cr11 |
| | : | |
| **JOSEPH EDWARD DUVA** | : | |

### AGREED STATEMENT OF FACTS

The United States and the defendant, JOSEPH EDWARD DUVA, agree and stipulate that the following is true. This Statement of Facts briefly summarizes the facts and circumstances surrounding the defendant's criminal conduct. It does not necessarily contain all of the information obtained during this investigation and applicable to an accurate Presentence Report and Sentencing Guidelines calculation. This Statement of Facts is not protected by proffer agreement or any other agreement and shall be wholly admissible at trial and in any other proceeding, notwithstanding any Rules, statutes, constitutional provision, or any other source of law to the contrary, including but not limited to, Federal Rules of Evidence 408 and 410, and Federal Rule of Criminal Procedure 11.

1.      On or about February 8 2026, JOSEPH EDWARD DUVA willfully injured property of the United States, specifically, the glass window of the door to the Charlottesville U.S. Federal Courthouse at 255 West Main street, Charlottesville, Virginia 22901.

2.      At approximately 6:00 p.m. on that date, JOSEPH EDWARD DUVA approached the Federal Building and Courthouse. Using an object or device, JOSEPH EDWARD DUVA made forceful contact with the font glass door, creating a hole and shattering the glass pane. JOSEPH EDWARD DUVA then left the area on foot.

1

3.      The sum of the total damage to the United States property, the glass window to the front door to the Charlottesville U.S. Federal Courthouse was approximately $1,500.

4.      The actions taken by JOSEPH EDWARD DUVA, as described above, were taken willfully, knowingly, and with the specific intent to violate the law. JOSEPH EDWARD DUVA did not take those actions by accident, mistake, duress, or with the belief that they did not violate the law.

5.      I, JOSEPH EDWARD DUVA, have reviewed the above Statement of Facts with my attorney and believe the facts are true and correct.  I agree that had this matter proceeded to trial, the United States would have proved the facts outlined above beyond a reasonable doubt.

7/16/2026
Date

7/16/2026
Date

_Joseph edward Duva_
JOSEPH EDWARD DUVA
Defendant

William Warriner, Esq.
Attorney for Defendant

Had this matter proceeded to trial, the United States would have proved the facts outlined above beyond a reasonable doubt.  The government reserves the right to present additional evidence at the time of sentencing regarding relevant conduct of the defendant.

Rachel Barrel Swartz
Digitally signed by RACHEL SWARTZ
Date: 2026.07.13 09:53:18 -04'00'

Rachel Swartz
Assistant United States Attorney

2